KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> $50,040 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br>     Defendant. ) <br> _____) <br> ) <br> MICHAEL MOSS, ) <br> ) <br>     Claimant. ) <br> _____) | No. C 06- 4552 WHA <br><br> STIPULATION AND ORDER RESCHEDULING MOTION HEARING AND CONTINUING CASE MANAGEMENT CONFERENCE |

    The parties agree, subject to the Court's approval, that the hearing on the motion of claimant to dismiss pursuant to Rule 12(b), Federal Rules of Civil Procedure, shall be rescheduled to April 12, 2007, at 8:00 a.m.; that the opposition of the United States to that motion shall be filed on or before March 15, 2007; and that the reply of claimant shall be filed on or before March 29, 2007. The parties further also agree, subject to the Court's approval, that the case management conference should be rescheduled, if necessary, to April 26, 2007.

1   The requested rescheduling is primarily because the parties would like an opportunity to explore possible resolution of this case without further litigation and prior to spending more time in litigating the pending motion. In addition, the undersigned government counsel will be undergoing radiation treatments beginning next week and on each morning through March 2, 2007. As a consequence, counsel for claimant have graciously agreed to reschedule so that the government's opposition is not due until after the radiation treatment is completed.

   Because a case management conference would not logically move this case forward until after the resolution of the claimant's pending dispositive motion, the parties further agree, subject to the Court's approval, that the case management conference scheduled for February 22, 2007, be rescheduled until April 26, 2007, if needed.

IT IS SO STIPULATED:

Dated: January 12, 2007

KEVIN V. RYAN
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: January 12, 2007

/s/ Brenda Grantland
BRENDA GRANTLAND, Esquire
Attorney for Claimant

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __16__ DAY OF __January__, 2007, THAT THE PARTIES' BRIEFING SCHEDULE SET FORTH ABOVE IS ADOPTED AND THAT THE CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR FEBRUARY 22, 2007 IS RESCHEDULED FOR APRIL 26, 2007.

HONORABLE WILLIAM ALSUP
United States District Judge

Stipulation & Order
C 06-4552 WHA

2