SCOTT N. SCHOOLS (CSBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: 415.436.6857
Facsimile: 415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $50,040 IN UNITED ) <br> STATES CURRENCY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> ) <br> MICHAEL MOSS, ) <br> ) <br> Claimant. ) <br> _____ ) | No. C 06- 4552 WHA <br><br> STIPULATION AND ORDER <br> RE: BRIEFING SCHEDULE <br> ON MOTION TO DISMISS |

      The parties agree, subject to the Court's approval, that the United States shall have two additional business days to file their opposition to claimant's motion to dismiss pursuant to Rule 12(b), Federal Rules of Civil Procedure, to and including March 19, 2007 and that the reply of claimant shall be due on or before April 2, 2006. Unless time is enlarged, the opposition of the United States is due on or before March 15 and the reply of claimant is due on or before March 29. The hearing on the motion continues to be scheduled for April 12, 2007 at 8:00 a.m.

1  The requested rescheduling is because the parties are exploring possible resolution of this
2  case without further litigation.  In addition, government counsel has requested the extension
3  because of medical problems.

5  IT IS SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

7  Dated: March 14, 2007

PATRICIA J. KENNEY
Assistant United States Attorney

9  Dated: March 14, 2007

BRENDA GRANTLAND, Esquire
Attorney for Claimant

13 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS
14 __15__ DAY OF MARCH, 2007, THAT THE PARTIES' BRIEFING SCHEDULE SET FORTH
15 ABOVE IS ADOPTED.

HONORABLE WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

Stipulation & Order
C 06-4552 WHA

2