SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: 415.436.6857
Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>$50,040 IN UNITED STATES CURRENCY,<br><br>            Defendant.<br><br>MICHAEL MOSS,<br><br>            Claimant. | No. C 06- 4552 WHA<br><br>SETTLEMENT AGREEMENT<br>AND ORDER |

The parties stipulate and agree as follows:

1.     Plaintiff is the United States of America ("United States"). Defendant is $50,040 in United States Currency ("Defendant $50,040"). After proper notification and publication was given, the only person who filed a timely Claim and in this action is claimant Michael Moss. As a result, only claimant Moss has a right to defend Defendant $50,040. The United States and claimant Moss are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2.    After full and open discussion, the parties agree to resolve any and all claims against Defendant $50,040, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the seizure of Defendant $50,040 and the facts alleged in the Complaint for Forfeiture filed in this lawsuit on or about July 26, 2006.

3.    The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4.    The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5.    The parties agree that claimant Moss releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the seizure of Defendant $50,040 and the allegations in plaintiff's Complaint for Forfeiture, filed on July 26, 2006.

6.    Claimant Michael Moss does not contest that the United States has sufficient evidence to support the forfeiture of Defendant $50,040. In order to resolve this case without the expense of further litigation, however, the parties have agreed that $48,040 of defendant shall be forfeited to the United States and that $2000.00 of defendant shall be returned to claimant Michael Moss, by check made payable to claimant Moss and his attorneys, Spero Leon and Brenda Grantland, and delivered to his attorney, Brenda Grantland at 20 Sunnyside, Suite A204, Mill Valley, CA 94941.

1  Such payment shall be in full settlement and satisfaction of any and all claims by Michael Moss,
2  his heirs, representatives and assignees to Defendant $50,040.

3     7.    Claimant Moss shall hold harmless the United States, including its agents,
4  officers, representatives and employees, as well as any and all state and local law enforcement
5  officials, for any and all acts directly or indirectly related to the seizure of Defendant $50,040, the
6  facts alleged in the Complaint for Forfeiture and the forfeiture of $48,040 of defendant $50,040.

7     8.    The United States and Claimant agree that each party shall pay its own attorneys'
8  fees and costs.

9     9.    Based on the foregoing, the parties agree that the Court shall dismiss this action.

10
11  IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                            United States Attorney
12
13  Dated:  April 24, 2007
                                            /s/ Patricia J. Kenney
14                                          PATRICIA J. KENNEY
                                            Assistant United States Attorney
15
    Dated: April ___, 2007                  _____
16                                          BRENDA GRANTLAND
                                            Attorney for Claimant Michael Moss
17
18  Dated: April ___, 2007                  _____
                                            SPERO LEON
19                                          Attorney for Claimant Michael Moss

20
    Dated: April ___, 2007                  _____
21                                          MICHAEL MOSS
                                            Claimant
22

23     BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
24  DAY OF _____, 2007, AND THIS CASE IS HEREBY DISMISSED ON THE
25  FOREGOING TERMS.

26                                          _____
                                            HONORABLE WILLIAM H. ALSUP
27                                          United States District Judge
28

Settlement Agreement
No. C 06-4552 WHA              3

1 | Such payment shall be in full settlement and satisfaction of any and all claims by Michael Moss,
2 | his heirs, representatives and assignees to Defendant $50,040.
3 |     7.      Claimant Moss shall hold harmless the United States, including its agents,
4 | officers, representatives and employees, as well as any and all state and local law enforcement
5 | officials, for any and all acts directly or indirectly related to the seizure of Defendant $50,040, the
6 | facts alleged in the Complaint for Forfeiture and the forfeiture of $48,040 of defendant $50,040.
7 |     8.      The United States and Claimant agree that each party shall pay its own attorneys'
8 | fees and costs.
9 |     9.      Based on the foregoing, the parties agree that the Court shall dismiss this action.

IT IS SO STIPULATED:

                                SCOTT N. SCHOOLS
                                United States Attorney

Dated: April 24, 2007

                                PATRICIA J. KENNEY
                                Assistant United States Attorney

Dated: April 24, 2007

                                *Brenda Grantland* (signature)
                                BRENDA GRANTLAND
                                Attorney for Claimant Michael Moss

Dated: April ___, 2007

                                SPERO LEON
                                Attorney for Claimant Michael Moss

Dated: April ___, 2007

                                MICHAEL MOSS
                                Claimant

        BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ____

DAY OF _____, 2007, AND THIS CASE IS HEREBY DISMISSED ON THE

FOREGOING TERMS.

                                HONORABLE WILLIAM H. ALSUP
                                United States District Judge

Settlement Agreement
No. C 06-4552 WHA             3

1  Such payment shall be in full settlement and satisfaction of any and all claims by Michael Moss,
2  his heirs, representatives and assignees to Defendant $50,040.
3      7.   Claimant Moss shall hold harmless the United States, including its agents,
4  officers, representatives and employees, as well as any and all state and local law enforcement
5  officials, for any and all acts directly or indirectly related to the seizure of Defendant $50,040, the
6  facts alleged in the Complaint for Forfeiture and the forfeiture of $48,040 of defendant $50,040.
7      8.   The United States and Claimant agree that each party shall pay its own attorneys'
8  fees and costs.
9      9.   Based on the foregoing, the parties agree that the Court shall dismiss this action.
10
11 IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                           United States Attorney
12
13 Dated: April 24, 2007
                                           _____
                                           PATRICIA J. KENNEY
14                                         Assistant United States Attorney
15
   Dated: April ___, 2007
16                                         _____
                                           BRENDA GRANTLAND
17                                         Attorney for Claimant Michael Moss

18 Dated: April 24, 2007
                                           _____
                                           SPERO LEON
19                                         Attorney for Claimant Michael Moss
20
   Dated: April ___, 2007
21                                         _____
                                           MICHAEL MOSS
                                           Claimant
22
23     BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS
24 DAY OF _____, 2007, AND THIS CASE IS HEREBY DISMISSED ON THE
25 FOREGOING TERMS.
26
                                           _____
                                           HONORABLE WILLIAM H. ALSUP
27                                         United States District Judge
28

Settlement Agreement
No. C 06-4552 WHA                    3

1 | Such payment shall be in full settlement and satisfaction of any and all claims by Michael Moss,
2 | his heirs, representatives and assignees to Defendant $50,040.
3 |     7.    Claimant Moss shall hold harmless the United States, including its agents,
4 | officers, representatives and employees, as well as any and all state and local law enforcement
5 | officials, for any and all acts directly or indirectly related to the seizure of Defendant $50,040, the
6 | facts alleged in the Complaint for Forfeiture and the forfeiture of $48,040 of defendant $50,040.
7 |     8.    The United States and Claimant agree that each party shall pay its own attorneys'
8 | fees and costs.
9 |     9.    Based on the foregoing, the parties agree that the Court shall dismiss this action.
10 |
11 | IT IS SO STIPULATED:                    SCOTT N. SCHOOLS
                                             United States Attorney
12 |
13 | Dated: April 24, 2007
                                             _____
14 |                                         PATRICIA J. KENNEY
                                             Assistant United States Attorney
15 |
16 | Dated: April ___, 2007
                                             _____
17 |                                         BRENDA GRANTLAND
                                             Attorney for Claimant Michael Moss
18 | Dated: April ___, 2007
19 |                                         _____
                                             SPERO LEON
20 |                                         Attorney for Claimant Michael Moss
21 | Dated: April 24, 2007
                                             _____
22 |                                         MICHAEL MOSS
                                             Claimant
23 |     BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 25th
24 | DAY OF April , 2007, AND THIS CASE IS HEREBY DISMISSED ON THE
25 | FOREGOING TERMS.
26 | The Court will retain jurisdiction to enforce
     the settlement agreement for 90 days.       IT IS SO ORDERED
27 |                                         HONORABLE WILLIAM ALSUP
                                             United States District Judge
28 |

Settlement Agreement
No. C 06-4552 WHA                    3